# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ARTHUR H. OWENS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-cv-4199-JPG-PMF |
| | ) |
| **EXCELL MARINE CORPORATION,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   August 15, 2006

NORBERT JAWORSKI, CLERK

 s/Brenda K. Lowe
**Deputy Clerk**


**APPROVED:** s/ J. Phil Gilbert
          **U. S. DISTRICT JUDGE**